STEPHEN BATTISTA *v.* NICHOLAS DENIGRIS
(AC 16571)

Foti, Spear and Hennessy, Js.

Submitted on briefs September 26—officially released October 21, 1997

Per Curiam. The judgment is affirmed.

FIDELITY AND DEPOSIT COMPANY OF MARYLAND
*v.* STEVEN G. CANNA ET AL.
(AC 16580)

O'Connell, C. J., and Foti and Daly, Js.

Argued September 29—officially released October 21, 1997

Per Curiam. The record on appeal is inadequate. See Practice Book § 4061.

The appeal is dismissed.

RODERICK JOHNSON *v.* COMMISSIONER OF
CORRECTION
(AC 16445)

Foti, Dupont and Stoughton, Js.

Argued September 29—officially released October 21, 1997

Per Curiam. The judgment is affirmed.